WALTER ROMAN, PLAINTIFF-PETITIONER, v. HARRY REICHSTEIN, CITY CLERK OF THE CITY OF NEWARK, *ET AL.*, DEFENDANTS-RESPONDENTS.

*Messrs. Friedland, Schneider & Friedland* and *Mr. David Solomon* for the petitioner

*Messrs. Rudd, Ackerman & Breitkopf, Mr. Joel L. Leibowitz, Mr. Philip E. Gordon, Mr. Sam Weiss,* and *Messrs. Yankowitz & Tessler* for the respondents.

June 9, 1969. Denied.

BOARD OF EDUCATION OF THE TOWNSHIP OF MIDDLETOWN IN THE COUNTY OF MONMOUTH, PETITIONER, v. THE TOWNSHIP OF MIDDLETOWN, *ET AL.*, RESPONDENTS.

*Messrs. Lane & Evans* and *Mr. Peter P. Kalac* for the petitioner.

June 25, 1969. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. RICHARD ALBERT RAWLES, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mr. Kenneth S. Javerbaum* for the petitioner.

*Mr. Michael R. Imbriani* and *Mr. Raymond R. Trombadore* for the respondent.

June 30, 1969. Denied.